**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOAN SCOTT-MONCK,

                Plaintiff,

-against-                                    19 **CIVIL** 11798 (NSR)

                                                      **JUDGMENT**

MATRIX ABSENCE MANAGEMENT, INC.,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 22, 2022, Defendant's motion to dismiss is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       July 26, 2022

                                                          **RUBY J. KRAJICK**
                                                            Clerk of Court
                                  **BY:**       K. Mango
                                                            **Deputy Clerk**